UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| 3710-12 NORTH TROY LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 1:24-cv-4164 |
| | ) | |
| SENECA INSURANCE COMPANY, | ) | |
| INC., | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION TO DISMISS WITH PREJUDICE

The parties stipulate and agree that all claims at issue in this matter have been resolved and this matter should be dismissed with prejudice with each party to bear its own costs.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREEED that all claims at issue are hereby settled and dismissed with prejudice with each party to bear its own costs.

<table>
<tr>
<td>

/s/ Edward Eshoo, Jr.
Edward Eshoo, Jr.
Christina M. Phillips
MERLIN LAW GROUP
181 West Madison, Suite 3475
Chicago, Illinois 60602
Telephone: (312) 260-0806
Facsimile: (312) 260-0808
cphillips@merlinlawgroup.com
eeshoo@merlinlawgroup.com
*Attorneys for Plaintiff*

</td>
<td>

/s/ James E. Abbott
James E. Abbott
LITCHFIELD CAVO LLP.
303 West Madison, Suite 300
Chicago, Illinois 60606
Telephone: (312) 781-6572
Facsimile: (312) 781-6630
abbott@litchfieldcavo.com
*Attorney for Defendant*

</td>
</tr>
</table>